**FILED**
AUG 19 2015
Clerk, U.S. District and
Bankruptcy Courts

Form B 250E (12/09)

# United States Bankruptcy Court
## District Of __Columbia__

In re __Optimus Technologies, LLC__ )   Case No. __15-00428__
       Debtor*   )
a/k/a Optimus Technologies, Inc. )   Chapter __7__
    )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on __August 17, 2015__ (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:
    Clerk's Office
    E. Barrett Prettyman U.S. Courthouse
    333 Consitution Avenue, N.W., Room 1225
    Washington, DC 20001

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
    John H. Harman, Esquire
    Coggins, Harman & Hewitt
    20 Courthouse Square, Suite 217
    Rockville, MD 20850

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: __8/19/15__   _Angela Caesar_ (Clerk of the Bankruptcy Court)
By: _Michael Wint_ (Deputy Clerk)

---

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

## CERTIFICATE OF SERVICE

    I, _____ (name), certify that on _____
(date), I served this summons and a copy of the involuntary petition on _____
(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date _____        Signature _____

    Print Name :        _____

    Business Address:   _____

                                       _____