UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re | * |
| | • Case No. 15-00428 |
| OPTIMUS TECHNOLOGIES, LLC | * Chapter 7 |
| a/k/a Optimus Technologies, Inc. | * |
| | * |
| Debtor | * |

## AFFIDAVIT OF SERVICE OF SUMMONS AND INVOLUNTARY PETITION

The Petitioning Creditor, Peak Counsel, Inc., by and through its undersigned counsel, hereby files the attached Affidavit of D. Michael Grossnickle, a private process server with the firm of D. Michael Grossnickle and Associates, 419 University Boulevard East, Silver Spring, MD 20901 (410-977-8462), evidencing that the Summons issued by this Court on September 10, 2015, together with copies of the Involuntary Petition and Notice of Involuntary Bankruptcy Case Filing were served upon the Debtor, OPTIMUS TECHNOLOGIES, LLC, a/k/a Optimus Technologies, Inc., **on September 14, 2015** by serving the Mayor of the District of Columbia's designated agent, the Superintendent of Corporations at the District of Columbia Department of Consumer and Regulatory Affairs, Corporations Division, 1100 4th Street, SW, 2nd Floor, Washington, DC 20024 ( the "DCRA Corporate Division) with two copies of the Summons, Involuntary Petition and Notice of Involuntary Bankruptcy Case Filing, pursuant to § 29-104.12 of the Code of the District of Columbia. The Summons and attached documents were accepted and received by the DCRA Corporate Division on September 14, 2015, pursuant to Mayor's Order 2009-65 dated April 24, 2009, which is authorized to act as the substitute Registered Agent for Optimus Technologies, LLC because Optimus Technologies, LLC is a District of Columbia limited liability company who is not in good standing and whose charter has been revoked and because Optimus Technologies, LLC's last designated Registered Agent, Fred

Greene, could not be found at the registered address, 2510 Porter Street, NW, Washington, DC, as evidenced by the attached Affidavit of D. Michael Grossnickle.

In addition to attempted service upon Optimus Technologies, LLC's last designated resident agent, Fred Greene, attempts were also made to serve the Debtor's Chief Executive Officer, Donald Jones at the Debtor's corporate offices located at 700 12th Street, Suite 700, Washington, DC 20005, as evidenced by the attached Affidavit of D. Michael Grossnickle.

Copies of the Summons, Involuntary Petition and Notice of Involuntary Bankruptcy Case Filing were also mailed to the two known corporate offices of Optimus Technologies, LLC on September 11, 2015 by Certified Mail # 7013 1090 0002 2226 4566 to Optimus Technologies, LLC at 700 12th Street, NW, Suite 700, Washington, DC 2005, and by Certified Mail # 7013 1090 0002 2226 4573 to Optimus Technologies, LLC at 15 West 39th Street, 3rd Floor, New York, NY 10018, an address which appears on the corporate entity's web site. It has been more than five days after the same were deposited with the United States Postal Service with sufficient postage attached and neither return receipt card has been returned.

I SOLEMNLY DECLARE AND AFFIRM THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

Respectfully submitted,

_____
JOHN H. HARMAN #34405
Coggins, Harman & Hewitt
20 Courthouse Square, Suite 217
Rockville, Maryland 20850
Phone: (301) 424-8520
Fax: (301) 251-3755
Email: chhlaw587@aol.com
Attorney for Plaintiff