IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
COLUMBIA

IN RE: OPTIMUS TECHNOLGIES, LLC
A/K/A OPTIMUS TECHNOLOGIES, INC          CASE#: 15-00428

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

AFFIDAVIT

1) I am D. Michael Grossnickle. I am employed by the firm D. Michael Grossnickle and Associates, located at 419 University Boulevard East Silver Spring, MD 20901. My telephone number is 410-977-8462.

2) I am over 18 years of age and a resident of the State of Maryland. I am not a party to the Above action and make this Affidavit upon personal knowledge.

3) I swear and affirm under the penalties of perjury that I have attempted to serve the following documents upon the Managing Member/CEO of Optimus Technologies, LLC. identified as Mr. Donald Jones:

> INVOLUNTARY PETITION
> SUMMONS TO DEBTOR
> NOTICE OF INVOLUNTARY BANKRUPTCY CASE FILING

4) Attempts at service were made at the address of 700 12th Street, Suite 700 Washington DC 20005 on 08/31/15. At that time I was informed that this was a "business suite" where small companies rent space under a short term lease. Thus, there are many different companies that share the space. At the time of my visit Donald Jones was not in. I left my card with the suite receptionist requesting that Donald Jones call me. The staff also attempted to get me a phone number for Mr. Jones but they did not have one. Eventually, a Pittsburgh number (412-727-8828) was given to me that the staff found off the internet. However that number was incorrect as it was for a different company.

5) An additional attempt at service was made on 09/02/15. No one was in and a call was placed to the number 202-263-7370. This is the number for Optimus Technologies at the 12th Street address. A dial by name directory was used and the name Donald Jones was not recognized. An attempt to leave a message with the operator failed because no one answered the phone.

6) A third phone call was placed on 09/03/15. Once again the name Donald Jones was not recognized in the directory of employees. However an answering service operator picked up the phone and attempted to contact Mr. Jones. This attempt failed and a message was left requesting him to call me. As of this date no reply has been forthcoming.

7) Attempts were also made on 09/03/15 at the address of the resident agent Fred Greene. That address is 2501 Porter Sat. NW. This is a high rise building. The name Fred Greene is not on the tenant directory, nor is the name Donald Jones. A check with the concierge/front desk personnel resulted in them not recognizing either name.

8) Databases were checked for Fred Greene in the District of Columbia. The databases show no record for a Fred Greene with the Porter Street address.

_____
Signature

9/9/15
_____
Date



## DEPARTMENT OF CONSUMER & REGULATORY AFFAIRS
## District of Columbia Government
### Corporations Division

DCRA Corp. Div.

SEP 1 4 2015

FILE COPY

### Service of Process Action Form.
Form GN-6, Version 3, November 2014.

This form can only be used to serve the defendant – domestic or foreign filing entity if plaintiff or his representative have exhausted all the means to serve domestic or foreign filing entity as prescribed under D.C. Code § 29-104.12

| ENTITY TYPE | FILING FEE |
|---|---|
| Domestic or Foreign Filing Entity | Refer to Corporate Fee Schedule posted online; |

Under the provisions of the Title 29 of D.C. Code (Business Organizations Act), the plaintiff identified below is serving the defending domestic or foreign filing entity and for that purpose submits the statement below.

**1. Plaintiff's Name.**
Peak Counsel, Inc.

**2. Plaintiff's Address.**
25 W. 31st Street, 12th Floor, New York, NY 10001

**3. Defending Domestic or Foreign Filing Entity's Name. (give corporate file# if known)**
Optimus Technologies, LLC
L25288

**4. Defending Domestic or Foreign Filing Entity's Address.**
700 12th Street, NW, Suite 700
Washington, DC 20005

**5. One of the following conditions apply. (must select one)**

☐ Represented entity failed to appoint or maintain a registered agent in the District; or

☑ A represented entity's registered agent in the District cannot with reasonable diligence be found.  *See attached Affidavit*

**6. Type of service and court case# (ex., subpoena, legal complaint, demand, etc.).**
Summons and Involuntary Petition, Bankruptcy Case No. 15-00428, United States Bankruptcy Court for the District of Columbia

**7.** Duplicate copies of the process, notice, or demand are submitted along with this form.

If you sign this form you agree that anyone who makes a false statement can be punished by criminal penalties of a fine up to $1000, imprisonment up to 180 days, or both, under DCOC § 22-2405;

| 8. Name of the Plaintiff or Authorized Person. | 8A. Signature of the Plaintiff or Authorized Person. |
|---|---|
| John H. Harman, Esquire<br>Counsel for Petitioning Creditor, Peak Counsel, Inc. | |

**Mail all forms and required payment to:**
Department of Consumer and Regulatory Affairs
Corporations Division
PO Box 92300
Washington, DC 20090
Phone: (202) 442-4400

**Corporate Online Services Information:**
Many corporate filings are available by using CorpOnline Service. Go to CorpOnline site at https://corp.dcra.dc.gov, create the profile, access the online services main page and proceed. Online filers must pay by using the credit card.

Please check dcra.dc.gov to view organizations required to register, to search business names, to get step-by-step guidelines to register an organization, to search registered organizations, and to download forms and documents. Just click on "Corporate Registrations."

District of Columbia Government
Department of Consumer and Regulatory Affairs
Corporation Division
1100 4th Street, SW
Washington, DC 20024

## Billing Voucher

Charge To:   PEAK COUNSEL, INC. VS OPTIMUS TECHNOLOGIES LLC

OFFICE OF FINANCE AND TREASURY
Date:            9/14/2015 12:14 PM
Office:    DCRA        Term:    WFE02-90Y?
Batch:     37198       Batch Date  9/14/2015
Cashier:   OFT45
Trans #: 41
DEPARTMENT OF CONSUMER &  Rcpt: 01812707
Comment/Document: peak counsel inc vs op
Payment Total:                   $50.00
Payment Distribution:
  2116  CRO (3222) 10001-ops80      $50.00
                   CK Tendered: $50.00

**Office Use Only**

| Charge For | QTY | Fund: Price | Source Code |
|---|---|---|---|
| Service of Process-Reg. Entities  Backoffice | 1 | $50.00 | 3222 |
| Date: 9/14/2015   *mch*   PAY THIS AMOUNT PAYABLE TO THE D.C. TREASURER | | $50.00 | Total |

Government of the District of Columbia - Office of the Chief Financial Officer

Returned Check Fee - $65.00 - DCMR § 1-108

All checks returned are subject to electronic representment along with a $65.00 fee.

Office of Finance and Treasury
Date: 9/14/2015 12:14 PM
Office: DCRA        Term:WFE02-90YZ9Y1
Batch: 37198   Batch Date: 9/14/2015
Cashier:OFT45
Trans #:41

DEPARTMENT OF CONSUMER & Rcpt: 01812707
Comment/Document: peak counsel inc vs op
Payment Total:       $50.00
Payment Distribution:
  2116  CRO (3222) 10001-ops80   $50.00
                   CK Tendered: $50.00

Thank you for your payment.
Have a nice day!

**United States Bankruptcy Court**
**for the District of Columbia**

In re Optimus Technologies, LLC
      Alleged Debtor

Case No. 15-00428

Chapter 7

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on   09/10/2015   (date), requesting an order for relief under chapter  7  of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

> Address of the Clerk:    Clerk's Office
> U.S. Bankruptcy Court
> 333 Constitution Ave., N.W. #1225
> Washington, DC 20001

At the same time you must also serve a copy of your motion or answer on petitioner.

> Name and Address of Petitioners: John H. Harman
> Coggins, Harman & Hewitt
> 20 Courthouse Square, Suite 217
> Rockville, MD 20850

If you make a motion, your time to answer is governed by Fed. R. Bankr. 1011 ( c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER OF RELIEF WILL BE ENTERED.**

                                            Angela D. Caesar
                                      Clerk of the Bankruptcy Court

    09/10/2015                      By:  /s/ Renee J. Jackson
      Date                                      Deputy Clerk

*set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by [describe the mode of service and the address at which the debtor was served]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

    Print Name:     _____

    Business Address:     _____

    _____