UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | * | |
| | • | Case No. 15-00428 |
| OPTIMUS TECHNOLOGIES, LLC | * | Chapter 7 |
| a/k/a Optimus Technologies, Inc. | * | |
| | * | |
| Debtor | * | |

REQUEST FOR ENTRY OF ORDER FOR RELIEF

Pursuant to 11 U.S.C. § 303(h), the Petitioning Creditor, Peak Counsel, Inc., by and through its undersigned counsel, hereby requests entry of an Order for Relief against the Debtor, OPTIMUS TECHNOLOGIES, LLC.

The Summons and a copy of the Petition were served upon the Debtor by serving the District of Columbia Superintendent of Corporations (Docket Entry 27) and the Petition has not been timely controverted.

Respectfully submitted,

/s/ John H. Harman
JOHN H. HARMAN #34405
Coggins, Harman & Hewitt
20 Courthouse Square, Suite 217
Rockville, Maryland 20850
Phone: (301) 424-8520
Fax: (301) 251-3755
Email: chhlaw587@aol.com
Attorney for Petitioning Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Request for Entry of Order for Relief was served upon the Debtor, Optimus Technologies, LLC on the 23rd day of October, 2015 by mailing a copy by First Class Mail, postage prepaid to each of the following:

Optimus Technologies, LLC
700 12th Street, NW, Suite 700
Washington, DC 20005

Optimus Technologies, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018

Optimus Technologies, LLC
9595 Wilshire Boulevard
Beverly Hills, CA 90912

      /s/ John H. Harman
      JOHN H. HARMAN #34405
      Coggins, Harman & Hewitt
      20 Courthouse Square, Suite 217
      Rockville, Maryland 20850
      Phone: (301) 424-8520
      Fax: (301) 251-3755
      Email: chhlaw587@aol.com
      Attorney for Petitioning Creditor