The order below is hereby signed.

Signed: January 6 2016



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                           )
                                )
OPTIMUS TECHNOLOGIES, LLC,      )   Case No. 15-00428
                                )   (Chapter 7)
            Debtors.            )

## ORDER

The debtor has not filed a mailing matrix and other documents required by Rule 1007 and has not responded to the court's orders to file such documents (Dkt. Nos. 13, 17).  It is

ORDERED that by January 27, 2016, the trustee and the petitioners shall file a joint report or separate reports regarding securing the filing of such documents, or a motion seeking the designation of an individual to act as the debtor for the purpose of filing such documents, or a motion for an order directing someone else to file the documents.

[Signed and dated above.]

Copies to: Debtor; recipients of e-notification of filings.

R:\Common\TeelSM\MOM\ORDERS\Order_file report re unfiled docs_Optimus Technologies_v2.wpd