UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re | * |
| | * Case No. 15-00428 |
| OPTIMUS TECHNOLOGIES, LLC | * Chapter 7 |
| a/k/a Optimus Technologies, Inc. | * |
| | * |
| Debtor | * |

JOINT STIPULATION FOR DISMISSAL OF PETITION AND BANKRUPTCY CASE

Pursuant to 11 U.S.C. § 303(j), the sole Petitioning Creditor, Peak Counsel, Inc., and the Debtor, Optimus Technologies, LLC, a/k/a Optimus Technologies, Inc., by and through their respective undersigned counsel, hereby jointly move for, and consent to entry of, an order dismissing the Involuntary Petition and this Chapter 7 Bankruptcy Case, and as grounds therefore, state as follows:

1. The Involuntary Petition was filed on August 17, 2015 by Peak Counsel, Inc. as the sole petitioning creditor.

2. An Order for Relief was entered November 13, 2015 at Docket Entry 9.

3. No response to the Involuntary Petition has yet been filed by the Debtor and no Schedules, Statement of Financial Affairs, List of Creditors or Mailing Matrix have been filed.

4. To date, no creditors have been identified in this Involuntary Bankruptcy Case other than the petitioning creditor, Peak Counsel, Inc., and no potential creditors have been served notice of the pendency of this Chapter 7 Case other than the petitioning creditor, Peak Counsel, Inc.

5. The Petitioning Creditor and the Debtor have entered a Settlement Agreement wherein they have jointly stipulated to the dismissal of this Chapter 7 bankruptcy case without prejudice and Petitioning Creditor has agreed to forgo collection efforts to afford the Debtor a

reasonable period of time to satisfy the conditions precedent to the settlement.

6. The Petitioning Creditor and Debtor respectfully represent that it is in the interest of judicial economy to dismiss the Involuntary Petition and this Chapter 7 Case without prejudice to the refiling of the same.

WHEREFORE, the Petitioning Creditor and the Debtor jointly stipulate to dismissal of the Involuntary Petition and this Chapter 7 Case without prejudice and request entry of an order of dismissal without prejudice.

Respectfully submitted,

JOHN H. HARMAN, #34405
Coggins, Harman & Hewitt
20 Courthouse Square, Suite 217
Rockville, Maryland 20850
Phone: (301) 424-8520
Fax: (301) 251-3755
Email: chhlaw587@aol.com
Attorney for Petitioning Creditor

ANITRA ASH-SHAKOOR, #1008693
Capital Justice
1413 K Street NW, 15th Floor
Washington, DC 20005
Phone: (202) 465-0888
Fax: (202) 827-0089
Email: a.ashshakoor@capitaljustice.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following persons/entities were sent notice and a copy of the foregoing Joint Stipulation for Dismissal of Petition and Bankruptcy Case through the court's CM/ECF electronic mail system on January 8, 2016 at the addresses listed below:

Marc E. Albert, Chapter 7 Trustee, marc.albert@stinsonleonard.com, porsche.barnes@stinsonleonard.com, dc05@ecfcbis.com, mealbert@ecf.epiqsystems.com

U. S. Trustee for Region Four, USTPRegion04.DC.ECF@USDOJ.GOV

John H. Harman, Esquire, counsel for Petitioning Creditor, Peak Counsel, Inc., chhlaw587@aol.com, johndavisesq@aol.com, jandddavis@aol.com, jfd587@aol.com

Anitra Ash-Shakoor, Esquire, counsel for Debtor, a.ashshakoor@capitaljustice.com

And the following entities were served on the January 8, 2016 by mailing a copy by First Class Mail, postage prepaid to each of the following:

Optimus Technologies, LLC
700 12th Street, NW, Suite 700
Washington, DC 20005

Optimus Technologies, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018

Optimus Technologies, LLC
9595 Wilshire Boulevard
Beverly Hills, CA 90912

/s/ John H. Harman
JOHN H. HARMAN #34405
Coggins, Harman & Hewitt
20 Courthouse Square, Suite 217
Rockville, Maryland 20850
Phone: (301) 424-8520
Fax: (301) 251-3755

Email: chhlaw587@aol.com
Attorney for Petitioning Creditor

-4-