UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ) ) ) OPTIMUS TECHNOLOGIES, LLC, ) ) Debtor. ) ) | Case No. 15-00428 Chapter 7 |

**CHAPTER 7 TRUSTEE'S OPPOSITION TO JOINT STIPULATION FOR DISMISSAL OF PETITION AND BANKRUPTCY CASE**

TO THE HONORABLE S. MARTIN TEEL, JR., BANKRUPTCY JUDGE:

COMES NOW, Marc E. Albert, the duly appointed and qualified trustee of the Chapter 7 bankruptcy estate of Optimus Technologies, LLC ("Debtor"), and files this opposition to Debtor's and Petitioning Creditor Peak Counsel, Inc.'s Joint Stipulation for Dismissal of Petition and Bankruptcy Case:

1. An involuntary Chapter 7 petition was filed against Debtor on August 17, 2015 by Peak Counsel, Inc. as the sole petitioning Creditor ("Petitioning Creditor").

2. On November 13, 2015, the Court entered an Order for Relief under chapter 7 of the Bankruptcy Code.

3. On November 23, 2015, Marc E. Albert was added as the duly appointed trustee ("Trustee") for the Debtor's Chapter 7 estate.

4. Pursuant to Fed. R. Bankr. P. 1007(a) and Local Bankruptcy Rule 1007-2, Debtor was required to file a List of Creditors and mailing matrix by November 30, 2015. Debtor has failed to file a List of Creditors, mailing matrix, and other required documents and has not responded to further orders of the Court to file such documents (Dkt. Nos. 13, 17).

5. On January 8, 2016, Debtor and Petitioning Creditor filed a Joint Stipulation seeking dismissal of the petition and bankruptcy case.

6. Pursuant to 11 U.S.C. § 303(j), an involuntary petition may be dismissed "[o]nly after notice to all creditors."

7. Here, Debtor has not yet identified its creditors and none have been served notice of Debtor's chapter 7 case or subsequent stipulation seeking dismissal, as required by the Code.

8. While Petitioning Creditor has worked out a settlement with the Debtor, other creditors that have not yet had the opportunity to participate in the case may wish to see relief ordered and are being left without sufficient protection.

9. Additionally, both Trustee and the Court should be given the opportunity to review the specific provisions of the settlement obtained between Petitioning Creditor and Debtor to ensure it is in the best interest of the estate as a whole.

WHEREFORE, Trustee requests that the Court enter an order denying Petitioning Creditor's and Debtor's Joint Stipulation for Dismissal of Petition and Bankruptcy Case.

Dated:  January 11, 2016

Respectfully submitted,

/s/ Marc E. Albert
Marc E. Albert, Trustee
Stinson Leonard Street LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel:  (202) 728-3020
Fax:  (202) 572-9948
marc.albert@stinson.com
*Trustee for the estate of Optimus Technologies, LLC*

2

CORE/9990000.7212/113942825.1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 11, 2016, a true copy of the foregoing Chapter 7 Trustee's Opposition to Joint Stipulation for Dismissal of Petition and Bankruptcy Case was filed electronically and served on the following persons by first class U.S. mail, postage prepaid:

| | |
|---|---|
| Office of the United States Trustee<br>115 S. Union Street, Suite 210<br>Alexandria, VA 22314 | Anitra Ash-Shakoor<br>Capital Justice<br>1413 K Street, NW<br>15th Floor<br>Washington, DC 20005 |
| John Harmon<br>Coggins, Harman & Hewitt<br>20 Courthouse Square, Suite 217<br>Rockville, MD 20850 | |

                                                      /s/ Marc E. Albert
                                                    Marc E. Albert

CORE/9990000.7212/113942825.1