**The order below is signed.**

The denial is without prejudice to a renewed motion on notice to all creditors of the opportunity to oppose the motion.

**Dated: January 25, 2016.**



_____
**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 15-00428 |
| OPTIMUS TECHNOLOGIES, LLC, | ) |
| | ) Chapter 7 |
| Debtor. | ) |

### ORDER DENYING APPROVAL OF JOINT STIPULATION FOR DISMISSAL OF PETITION AND BANKRUPTCY CASE

This matter came before the Court upon the joint stipulation filed by Debtor, Optimus Technologies, LLC, and Petitioning Creditor, Peak Counsel, Inc., seeking entry of an order dismissing the involuntary petition and the Chapter 7 bankruptcy case (the "Motion"). The Court, having reviewed the record of this matter and considering the filed opposition to the relief requested, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that the Motion be and hereby is **DENIED.**

CORE/9990000.7212/113945063.1

Copies to:

Marc E. Albert, Trustee
Stinson Leonard Street LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006

Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314

John Harmon
Coggins, Harman & Hewitt
20 Courthouse Square, Suite 217
Rockville, MD 20850

Anitra Ash-Shakoor
Capital Justice
1413 K Street, NW
15th Floor
Washington, DC 20005

CORE/9990000.7212/113945063.1